**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Andy Vaughn and Renee Vaughn,**

*Plaintiffs,*

**v.**

**Roadtex Transportation Corporation, *et al*.,**

*Defendants,*

**v.**

**Echo Global Logistics Company, Inc., *et al*,**

*Cross Defendants.*

**Case No. 3:25-cv-196**
**Judge Thomas M. Rose**

---

**ENTRY AND ORDER GRANTING FIRST MOTION FOR JUDGMENT ON THE PLEADINGS BY DEION R. TIBBS (DOC. 73)**

---

Pending before the Court is First Motion for Judgment on the Pleadings by Defendant Deion R. Tibbs (Doc. 73.) Previously, Defendant Stevo Logistics Services, Inc. moved the Court to dismiss Plaintiffs' claim for negligence *per se*. (Doc. 24.) In their response to Stevo Logistics' motion, Plaintiffs acknowledged that the Ohio Supreme Court has determined that negligence *per se* claims may not be based upon regulations and administrative codes. (Doc. 43, PageID 326 (citing *Lang v. Holly Hill Motel, Inc.*, 2009- Ohio-2495, ¶ 15 (2009)).) The Court granted this

portion of Stevo Logistics' Motion. *Vaughn v. Roadtex Transportation Corp.*, 3:25-cv-196, (Doc. 71). 2026 WL 450747, at *3 (S.D. Ohio Feb. 20, 2026).

Tibbs now seeks dismissal of the negligence *per se* claim against him on the same basis. (Doc. 73.) The motion is unopposed. Because the Ohio Supreme Court has determined that negligence *per se* claims may not be based upon regulations and administrative codes, *Lang v. Holly Hill Motel, Inc.*, 2009- Ohio-2495, ¶ 15 (2009), the motion is **GRANTED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, May 1, 2026.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE